104 F.3d 351
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
NIPPON FIRE & MARINE INSURANCE COMPANY, LTD.,
Plaintiff-Appellee-Cross-Appellant,
v.
M.V. EGASCO STAR, Defendant,
EGYPT AZOV SHIPPING CO., Defendant-Appellant-Cross-Appellee.
 Nos. 96-7441(L), 96-7481(XAP).
 United States Court of Appeals, Second Circuit.
 Oct. 21, 1996.
 
 Appeal from the United States District Court for the Southern District of New York (Chin, Judge).
 Appearing for Appellant: Joseph F. De May, Jr., Cichanowicz, Callan & Keane, New York, New York.
 Appearing for Appellee: David T. Maloof, Maloof & Browne, New York, New York.
 S.D.N.Y.
 AFFIRMED.
 Present Honorable GRAAFEILAND, Honorable WINTER and Honorable ALTIMARI, Circuit Judges.
 
 
 1
 This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued.
 
 
 2
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is hereby affirmed.
 
 
 3
 Egypt Azov Shipping Co. appeals from Judge Chin's entry of a default judgment against them for their failure to comply with his discovery orders. We affirm for substantially the reasons set forth in Judge Chin's opinions. Nippon Fire & Marine Ins. Co. v. M.V. Egasco Star, 94 Civ. 6813(DC) (S.D.N.Y. Mar. 14, 1996); Nippon Fire & Marine Ins. Co. v. M.V. Egasco Star, 94 Civ. 6813(DC) (S.D.N.Y. Feb. 20, 1996); see also Nippon Fire & Marine Ins. Co. v. M.V. Egasco Star, 899 F.Supp. 164 (S.D.N.Y.1995).
 
 
 4
 Because we affirm, we dismiss plaintiff's cross-appeal, Docket No. 96-7481, as moot.
 
 
 5
 A mandate shall issue forthwith.